**Kathleen M. Loyer,** SBN 188741
LAW OFFICES OF KATHLEEN M. LOYER, INC.
940 Amanecer, Suite L
San Clemente, CA 92673
Phone: 949-369-1082
Fax: 949-366-6836
E-mail: kmloyer@education-law.com

Attorney for the: Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT COURT
SOUTHERN DIVISION

| | |
|---|---|
| J.M., a minor, Michael McCann, PARENT, and Cassie McCann, PARENT, <br><br> Plaintiffs, <br><br> v. <br><br> Capistrano Unified school DISTRICT, <br><br> Defendant. | CASE NO. SACV10-00185 AG (MLGx) <br><br> COMPLAINT UNDER THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT; DECLARATORY AND INJUNCTIVE RELIEF <br> [20 U.S.C. Section 1400, et seq.] <br><br> COMPLAINT FOR ATTORNEY'S FEES AND OTHER COSTS <br> [20 U.S.C. §1415(i)(3) et seq.][42 U.S.C.S. Section 1988] |

Plaintiff, Jacob McCann by and through his parents, and his parents Michael McCann and Cassie Mc (hereinafter taken collectively as "Plaintiffs") allege:

### I. JURISDICTION AND VENUE

1. This action arises under the laws of the United States. Jurisdiction is conferred upon this Court

pursuant to 20 U.S.C. Section 1415 (i)(3), and 28 U.S.C. Section 1331 without regard to the amount in controversy.

2. Regarding the issue of attorney's fees and costs of suit, specifically jurisdiction is conferred upon this Court pursuant to 20 U.S.C. Section 1415(i)(3) and 42 U.S.C.S. Section 1988.

3. Venue in this Court is proper pursuant to 28 U.S.C. Section 1391(b). Plaintiffs, each of them, reside within the Southern Division of the Central District of California. Defendant, Capistrano Unified School District (hereinafter, "District") is a school district, doing business within the Southern Division of the Central District of California. Moreover, all events, which are subject of this Complaint, took place within the Southern Division of the Central District of California.

## II. PARTIES

4. Plaintiff, J.M., a minor, (hereinafter, "Student"), was born in 1998, and at all times relevant herein

was a person residing within the jurisdictional limits of District in Orange County, State of California. Student is a "child with a disability" as defined in 20 U.S.C. Section 1401(3):

"[A] child –

"(i) with mental retardation, hearing impairments (including deafness), speech and language impairments, visual impairments (including blindness), serious emotional disturbance, orthopedic impairments, autism, traumatic brain injury, other health impairments or specific learning disabilities; and

(ii) who, by reason thereof, needs special education and related services."

5. Plaintiff, Michael McCann, (hereinafter, "Father") is the parent of Student as that term is defined in 20 U.S.C. Section 1401(23) of the Individuals with Disabilities Education Improvement Act

(hereinafter, "IDEA") and, at all times herein mentioned, was a person residing within the jurisdictional limits of District and within Orange County, State of California.

6. Plaintiff, Cassie McCann, (hereinafter, "Mother") is the parent of Student as that term is defined in 20 U.S.C. Section 1401(23) of the IDEA and, at all times herein mentioned, was a person residing within the jurisdictional limits of District and within Orange County, State of California.

7. Defendant, District, is and at all times herein mentioned has been a public school district organized and existing under and by virtue of the laws of the State of California, doing business within the County of Orange, State of California. District is a "local education agency" within the meaning of 20 U.S.C. Section 1401(19).

8. There is a present and actual controversy among the parties to this action as the District has refused to reimburse Plaintiffs for attorney's fees after

having substantially prevailed at a due process hearing conducted under the procedural safeguards of the IDEA.

### III. STATEMENT OF FACTS

9. Student is a child who qualifies for special education services under the eligibility criteria of Autism

10. Student has been diagnosed with moderate to severe Autism, Bipolar Disorder and Obsessive Compulsive Disorder. Student has a history of severe mood swings and autistic like behaviors that impair his ability to use oral language for appropriate communication, extreme withdrawal and aggressive behaviors that have adversely affected academic progress and required significant behavioral interventions and support systems.

11. On or about July 24, 2006 the District filed a request for due process (RFDP) with the California Office of Administrative Hearings (OAH) to determine the appropriateness of the a Functional

Complaint for Attorney Fees
McCann v. Capistrano USD
- 5 OF 10 -

Analysis Assessment (FAA) performed on student in May 2005. The case was assigned OAH# N2006070729

12. On or about October 5, 2006 Petitioners, by and through their then attorney of record, Paul Roberts of Roberts & Adams, Attorneys at Law, cross-filed a RFDP with OAH against the District listing several issues, contending, in part, that the District denied FAPE when it failed to properly assess Student and failed to provide appropriate services. This case was assigned OAH# N2006100264. Subsequent to a denial to amend the RFDP, Petitioner filed another RFDP, OAH case #N2007070928.

13. The three cases were consolidated and a due process hearing was conducted on January 8, through 11, January 28, through 31, 2008, February 1, 2008 and March 17, 19, 20 and 21, 2008.

14. A decision was rendered by the OAH on May 12, 2008 whereby the District was ordered to reimburse the Parents $79,641.20 for behavioral intervention

services and an assessment (FAA) that they privately provided, thereby establishing the Petitioners as substantially prevailing in the underlying matter as to the failures to provide the FAA and behavioral services. T*rue and correct copies are attached hereto as Exhibit #1, incorporated by reference as though fully set forth herein.*

15. Petitioners now file this complaint for reimbursement of reasonable attorney fees.

16. In determining whether Plaintiffs are the prevailing party the Court must examine whether they obtained some relief on the merits of [their] claim that materially altered the legal relationship between them.

17. Defendant District has reimbursed Plaintiffs as ordered in the OAH decision.

18. On or about October 3, 2008, Petitioners current attorney, Ms. Kathleen M. Loyer made a demand for attorney's fees incurred and also provided a

complete copy of Mr. Roberts' billing statements. *A true and correct copy is attached hereto as Exhibit #2 and incorporated by reference as though fully set forth herein.* Settlement talks took place, but were unsuccessful.

19. Mr. Roberts hourly rate of $315.00 is reasonable. Associate counsel in the firm billed at rates raging from $165.00 per hour to $225.00 per hour.

20. Petitioner's current counsel's, Ms. Loyer, hourly billing rate is $400.00

21. The hourly rates of all counsel are reasonable for the services and are consistent with the prevailing rates in Southern California for the kind of expertise and quality of legal services by attorneys of comparable skill, experience and reputation[1].

22. Student contends that he substantially prevailed in the matter, therefore, the District should reimburse all costs incurred related to attorney's

fees, no less than $336,378.50. plus interest at the legal rate from October 5, 2008 until paid, plus the additional fees incurred to pursue the current matter.

### IV.   CLAIMS FOR RELIEF

WHEREFORE, Plaintiffs pray for the judgment as follows:

1. A conclusion that the Plaintiffs substantially prevailed in the consolidated matter, OAH# N2006070729, #N2006100264 and #N2007077092, whereby there was a finding that the District denied the minor a free and appropriate public education (FAPE) and was ordered to reimburse parents over $76,000.00 for educationally related services.

2. A conclusion that the Plaintiffs are entitled to reasonable attorney's fees, costs of suit and disbursements, no less than $336,378.50 plus interest at the legal rate from October 3, 2008

---

[1] Ms. Loyer's then current rate of $300.00 an hour was deemed reasonable by the U.S. District Court, Central Division in the matter entitled Temecula Valley Unified School District v. Larsen, Case no. CV 02-4832-JFW-(Ex) June 2003.

until paid, plus the additional fees incurred to pursue the current matter.

### V. PRAYERS FOR RELIEF

WHEREFORE, Plaintiffs pray for the judgment as follows:

1. Declaratory relief providing that Student substantially prevailed in the consolidated matter, OAH# N2006070729, #N2006100264 and #N20070770928.

2. Injunctive Relief ordering the District to reimburse Plaintiffs for all attorney's fees, plus interest at the legal rate from October 8, 2008 until paid, plus the additional fees incurred to pursue the current matter.

3. Such other and further relief as this Court deems just and proper.

Dated: February 8, 2010

Respectfully submitted by,

Kathleen M. Loyer
Attorney for the Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

**SACV10- 185 AG (MLGx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [ ] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [X] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
Kathleen M. Loyer, CB#188741
Law Offices of Kathleen M. Loyer, Inc.
940 Calle Amanecer, Suite L
San Clemente, CA 92673
Ph: 949-369-1082  Fax 949-366-6836

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., a minor, Michael McCann, PARENT, and Cassie McCann, PARENT<br><br>PLAINTIFF(S)<br>v.<br><br>Capistrano Unified School District<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**SACV10-00185 AG (MLGx)**<br><br>**SUMMONS** |

TO:   DEFENDANT(S): Capistrano Unified School District

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, Kathleen M. Loyer_____, whose address is 940 Calle Amanecer, Suite L, San Clemente, CA 92673_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Dated: FEB 1 6 2010

Clerk, U.S. District Court

By:  ROLLS ROYCE PASCHAL
     Deputy Clerk
     (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                            SUMMONS



UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| J.M., a minor, Michael McCann, PARENT, and Cassie McCann, PARENT | Capistrano Unified School District |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Kathleen M. Loyer, CB#188741<br>Law Offices of Kathleen M. Loyer, Inc.<br>940 Calle Amanecer, Suite L, San Clemente, CA 949-369-1082 | S. Daniel Harbottle<br>Harbottle Law Group<br>600 Anton Blvd., Suite 1100<br>Costa Mesa, CA 92626 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes  ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No     ☒ MONEY DEMANDED IN COMPLAINT: $ 336,378.50

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
20 US 1415   CLAIM FOR ATTORNEY FEES

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus- Alien Detainee | ☒ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:**   Case Number: **SACV10-00185 AG (MLGx)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                              CIVIL COVER SHEET                              Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a). **IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

VIII(b). **RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

IX. **VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Kathleen M. Loyer_  Date _2.9.10_

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |